**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Michel<br>First name<br>W.<br>Middle name<br>Mroue<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 2 0 9<br>OR<br>9 xx – xx – ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ |

Debtor 1    Michel W. Mroue

_First Name_    _Middle Name_    _Last Name_    Case number *(if known)*_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

_____
EIN

_____
EIN

_____
EIN

_____
EIN

_____
EIN

_____
EIN

_____
EIN

_____
EIN

**5. Where you live**

12 North Ridge Road
_____
Number        Street

_____

Denville                    NJ        07834
_____
City                          State    ZIP Code
Morris County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                          State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
  (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
  (See 28 U.S.C. § 1408.)

| Debtor 1 | Michel W. Mroue | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known_____ |

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ | Case number, if known_____ |

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | Michel W. Mroue | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____

Name of business, if any

_____

Number    Street

_____

_____

City                                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

| Debtor 1 | Michel W. Mroue | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 | Michel W. Mroue | Case number (if known)_____
|  First Name    Middle Name    Last Name |

---

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

☑ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Michel W. Mroue                          ✗ _____
Signature of Debtor 1                             Signature of Debtor 2

Executed on  02/21/2025                        Executed on _____
             MM / DD / YYYY                                  MM / DD / YYYY

---

| Debtor 1 | Michel W. Mroue | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘  /s/ David Stevens                          Date    02/21/2025
Signature of Attorney for Debtor                       MM   /   DD  / YYYY

David Stevens
Printed name

Scura Wigfield, Heyer, Stevens & Cammarota LLP
Firm name

1599 Hamburg Turnpike
Number    Street

Wayne                          NJ    07470
City                          State    ZIP Code

Contact phone  973-696-8391        Email address  dstevens@scura.com

034422007                          NJ
Bar number                          State

**Fill in this information to identify your case:**

Debtor 1    Michel W. Mroue
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number
(If known)    _____

☐ Check if this is an
amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  | | Unsecured claim |
|---|---|---|

**1**

Madison Two, LLC
Creditor's Name
Attn: Pres./CEO/Reg. Agent
Number          Street
2 Cramer Lane

Mendham          NJ          07945
City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Debtor's Personal Guarantee of biz    $ 258,745.16

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    − $_____
            Unsecured claim    $_____

**2**

Global Merchant Cash, Inc
Creditor's Name
Attn: Pres./CEO/Reg. Agent
Number          Street
64 Beaver St Ste 415

New York          NJ          10004
City          State          ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____    $ 31,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
            Value of security:    − $_____
            Unsecured claim    $_____

Debtor 1    Michel W. Mroue
_____    Case number (if known) _____
First Name    Middle Name    Last Name

|  | | Unsecured claim |
|---|---|---|

**3**    Amex
Creditor's Name

| What is the nature of the claim? | Credit Card Debt | $30,299.00 |

P O Box 297871
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Fort Lauderdale    FL    33329
City    State    ZIP Code

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
_____
Contact                                              Value of security:    – $_____
_____        Unsecured claim    $_____
Contact phone

---

**4**    Ccb/Saks
Creditor's Name

| What is the nature of the claim? | Credit Card Debt | $10,669.00 |

Po Box 182120
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Columbus    OH    43218
City    State    ZIP Code

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
_____
Contact                                              Value of security:    – $_____
_____        Unsecured claim    $_____
Contact phone

---

**5**    Eagle Phillips NY, LLC, DBA Uplyft Capit
Creditor's Name

| What is the nature of the claim? | _____ | $ 6,735.02 |

Attn: Pres./CEO/Reg. Agent
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

30 Two Bridges Rd Suite 100

Fairfield    NJ    07004
City    State    ZIP Code

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
_____
Contact                                              Value of security:    – $_____
_____        Unsecured claim    $_____
Contact phone

---

**6**    Upgrade Inc
Creditor's Name

| What is the nature of the claim? | _____ | $ 6,261.00 |

2 North Central Ave, 10th Flr
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Phoenix    AZ    85004
City    State    ZIP Code

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
_____
Contact                                              Value of security:    – $_____
_____        Unsecured claim    $_____
Contact phone

---

**7**    Capital One
Creditor's Name

| What is the nature of the claim? | Credit Card Debt | $ 2,328.00 |

Po Box 85064
Number    Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Glen Allen    VA    23058
City    State    ZIP Code

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
_____
Contact                                              Value of security:    – $_____
_____        Unsecured claim    $_____
Contact phone

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor 1    Michel W. Mroue
_____
First Name    Middle Name    Last Name

Case number (if known) _____

| | | Unsecured claim |
|---|---|---|

**8**

Capital One
Creditor's Name

Po Box 85064
Number    Street

Glen Allen            VA    23058
City                 State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

$ 1,066.00

**9**

Jefferson Capital Syst
Creditor's Name

16 Mcleland Rd
Number    Street

Saint Cloud          MN    56303
City                 State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

$ 854.00

**10**

Nordstrom/Td Bank Usa
Creditor's Name

13531 E Caley Ave
Number    Street

Englewood            CO    80111
City                 State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

$ 740.00

**11**

Amex
Creditor's Name

P O Box 297871
Number    Street

Fort Lauderdale      FL    33329
City                 State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card Debt

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

$ 672.00

**12**

Verizon Wireless
Creditor's Name

One Alpharetta Place
Number    Street

Alpharetta           GA    30004
City                 State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):    $_____
  - Value of security:    – $_____
  - Unsecured claim    $_____

$ 256.00

| Debtor 1 | Michel W. Mroue | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Unsecured claim |
|---|---|---|

**13** FLOR M. P. ANDRADE
Creditor's Name

Attn: Helen F. Dalton Assoc.s, PC
Number       Street

80-02 Kew Gardens Road, Ste 601

Kew Gardens                NY   11415
City                       State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Nonpriority unpaid wages

$ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:   – $_____
Unsecured claim         $_____

---

**14** Madison Two, LLC
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number       Street

2 Cramer Lane

Mendham                    NJ   07945
City                       State   ZIP Code

Adam Michael Birnbaum
Contact

(646) 386-4006
Contact phone

What is the nature of the claim? 160548/2023; MADISON TWO LLC

$ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:   – $_____
Unsecured claim         $_____

---

**15** PMI Morristown, LLC
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number       Street

S. California Avenue

Palo Alto                  CA   94304
City                       State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Guaranty of SOHO FINE F

$ Unknown

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:   – $_____
Unsecured claim         $_____

---

**16** Unknown Plaintiffs of Collective Action C
Creditor's Name

Attn: Helen F. Dalton Assoc.s, PC
Number       Street

80-02 Kew Gardens Road, Ste 601

Kew Gardens                NY   11415
City                       State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Nonpriority unpaid wages

$ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:   – $_____
Unsecured claim         $_____

---

**17** 1300 Madison Avenue Realty Corp.
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number       Street

482 North Salem Road

Ridgefield                 CT   06877
City                       State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal Guaranty of SOHO HOSPI

$ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:   – $_____
Unsecured claim         $_____

---

| Debtor 1 | Michel W. Mroue | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

---

**18** | CARLOS A. A. PINEDA
Creditor's Name

Attn: Helen F. Dalton Assoc.s, PC
Number        Street

80-02 Kew Gardens Road, Ste 601

Kew Gardens               NY   11415
City                          State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Nonpriority unpaid wages

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                Value of security:    − $_____
                Unsecured claim    $_____

$ Unknown

---

**19** | Andrew Holder MRS L 001627-23
Creditor's Name

Attn: Gregory M. Gennaro, Esq.
Number        Street

170B Main Street

Manasquan               NJ   08736
City                          State      ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                Value of security:    − $_____
                Unsecured claim    $_____

$ Unknown

---

**20** |

FLOR M. P. ANDRADE
Creditor's Name

Attn: Helen F. Dalton Assoc.s, PC
Number        Street

80-02 Kew Gardens Road, Ste 601

Kew Gardens               NY   11415
City                          State      ZIP Code

Contact

Contact phone

What is the nature of the claim? Wages, Salaries, Commissions

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
                Value of security:    − $_____
                Unsecured claim    $_____

$ Unknown

---

Debtor 1    Michel W. Mroue
_____    Case number *(if known)*_____
First Name        Middle Name        Last Name

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

**✗** /s/ Michel W. Mroue                        **✗** _____
Signature of Debtor 1                            Signature of Debtor 2

Date  02/21/2025                                 Date  02/21/2025
     MM / DD / YYYY                                   MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:    Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form—sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

1300 Madison Avenue Realty Corp.
Attn: Pres./CEO/Reg. Agent
482 North Salem Road
Ridgefield, CT 06877


1300 Madison Avenue Realty Corp.


700 Second Avenue, LLC
73 West 47 Street
New York, NY 10036


Acctech, Inc
Attn: Praveen Saxena
19 Parc Lane
Hicksville, NY 11801


Ally Financial
Attn: President/CEO/Officer of the Insti
P.O. Box 380901
Bloomington, MN 55438


Amex
P O Box 297871
Fort Lauderdale, FL 33329


Andrew Holder MRS L 001627-23
Attn: Gregory M. Gennaro, Esq.
170B Main Street
Manasquan, NJ 08736


Atelier Espresso Bar, Inc.
Attn: Pres./CEO/Reg. Agent
1302 Madison Avenue
New York, NY 10128


ATELIER HOSPITALITY INC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


ATELIER HOSPITALITY WILLIAMBURG INC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


ATELIER LES INC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


ATELIER MIDTOWN INC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


Cafe at Saks Bel Harbor Inc
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


Cafe of Saks
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


Capital One
Po Box 85064
Glen Allen, VA 23058


CARLOS A. A. PINEDA
Attn: Helen F. Dalton Assoc.s, PC
80-02 Kew Gardens Road, Ste 601
Kew Gardens, NY 11415


Ccb/Saks
Po Box 182120
Columbus, OH 43218


Eagle Phillips NY, LLC, DBA Uplyft Capital
Attn: Pres./CEO/Reg. Agent
30 Two Bridges Rd Suite 100
Fairfield, NJ 07004


Eagle Phillips NY, LLC, DBA Uplyft Capital
Attn: Chuck McNally
30 Two Bridges Rd Ste, 100
Fairfield, NJ 07004


FLOR M. P. ANDRADE
Attn: Helen F. Dalton Assoc.s, PC
80-02 Kew Gardens Road, Ste 601
Kew Gardens, NY 11415


Global Merchant Cash, Inc
Attn: Pres./CEO/Reg. Agent
64 Beaver St Ste 415
New York, NJ 10004


Hiramasa Restaurant Ventures, LLC
Attn: Pres./CEO/Reg. Agent
1302 Madison Avenue
New York, NY 10128

Jefferson Capital Syst
16 Mceland Rd
Saint Cloud, MN 56303

JPMorgan Chase Bank
Attn: President/CEO/Officer of the Insti
82 7th Street
Garden City, NY 11530

Kafi 58th Street, Inc
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834

Kafi Inc
Attn: Pres./CEO/Reg. Agent
1302 Madison Avenue
New York, NY 10128

Law Office Alexander Paykin, P.C.
Attn: Alexander Paykin
45 Rockefeller Plz Fl 20
New York, NY 10111-3193

Law Office of Alexander Schachtel, LLC
Attn: Alexander Schachtel, Esq.
101 Hudson Street, Ste. 2109
Jersey City, NJ 07302

LEVY GOLDENBERG LLP
Attn: Adam Michael Birnbaum
111 Centre St
New York, NY 10013-4390

LEVY GOLDENBERG LLP
Attn: Andrew Robert Goldenberg
75 BROAD ST RM 2120
New York, NJ 10004-2472

Madison Two, LLC
Attn: Pres./CEO/Reg. Agent
2 Cramer Lane
Mendham, NJ 07945

Mercato Rustico, LLC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834

Michel Mroue
Notice Address per personal guaranty
300 East 38th Street Apartment 1C
New York, NY 10016

New Jersey Attorney General Office Division o
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625

Nordstrom/Td Bank Usa
13531 E Caley Ave
Englewood, CO 80111

Pardalis and Nohavicka
Attn: Eleni Melekou
950 Third Ave, 11th Flr
New York, NY 10022

Perelson Weiner, LLP
Attn: Bernard M. Holand, CPA
299 Park Ave, 2nd Flr
New York, NY 10171-0002

Peter Charles Merani, Atty to Port Authority
CV-004291-21/NY
1001 Avenue of the Americas Ste 1800
New York, NY 10018-5460

PMI Morristown, LLC
Attn: Pres./CEO/Reg. Agent
S. California Avenue
Palo Alto, CA 94304

PMI Morristown, LLC
Reg. Agent: Corporation Trust Co.
820 Bear Tavern, Rd
Trenton, NJ 08628

PMI Morristown, LLC

Shadwick, Inc.
300 East 38th Street
New York, NY 10016

SOHO DINING LLC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834

SOHO FINE FOODS LLC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


Soho Fine Foods, LLC
Attn: Pres./CEO/Reg. Agent
20 East 74th Street Suite 1B
New York, NY 10021


Soho Hospitality Group, LLC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


Soho Hospitality, LLC
Attn: Pres./CEO/Reg. Agent
1300 Madison Avenue - Grnd Flr
New York, NY 10128


SOHO HOSPITALTY LLC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


Soho Retail Venture LLC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


State of NJ, Div. of Taxation
Compliance & Enforcement - Bankruptcy Un
3 John Fitch Way, 5th Flr, PO Box 245
Trenton, NJ 08695


THE GODFATHER BRICK OVEN, LLC
Attn: Pres./CEO/Reg. Agent
12 North Ridge Road
Denville, NJ 07834


Unknown Plaintiffs of Collective Action Cmpln
Attn: Helen F. Dalton Assoc.s, PC
80-02 Kew Gardens Road, Ste 601
Kew Gardens, NY 11415


Upgrade Inc
2 North Central Ave, 10th Flr
Phoenix, AZ 85004


Verizon Wireless
One Alpharetta Place
Alpharetta, GA 30004

Vicolina Restaurant


VICOLINA RESTAURANT VENTURE LLC
Attn: Pres./CEO/Reg. Agent
1302 Madison Avenue
New York, NY 10128

United States Bankruptcy Court

District of New Jersey

In re:  Michel W. Mroue

                                  Debtor(s)

Case No.

Chapter    11

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    02/21/2025

/s/ Michel W. Mroue
Signature of Debtor


Signature of Joint Debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District of New Jersey _____

**In re** Michel W. Mroue

Case No. _____

**Debtor**

Chapter [11] _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $25,000.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . .

Legal Assistants: $150.00
Paralegal support: $195.00
Law Clerks:$275.00
Associates: $395.00+
Partners: $525.00

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/21/2025

*Date*

/s/ David Stevens, 034422007

*Signature of Attorney*

Scura Wigfield, Heyer, Stevens & Cammarota LLP

*Name of law firm*
1599 Hamburg Turnpike
Wayne, NJ 07470